AO91 (Rev. 12/03) Criminal Complaint **FELONY** AUSA United States Courts

# UNITED STATES DISTRICT COURT
Southern District of Texas FILED

*April 07, 2025*

Southern District Of Texas Brownsville Division       Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Jose Pablo OCHOA-Gutierrez
A206 514 686  Mexico

**CRIMINAL COMPLAINT**

Case Number: 1:25-MJ-264

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 06, 2025** in **Cameron** County, in the **Southern District Of Texas** defendant(s) an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol agents conducting Linewatch operations near Brownsville, Texas on April 06, 2025. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on June 10, 2013. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant was in possession of $2.00 United States Dollars and $1,030.00 Mexican Pesos at the time of arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Latinville, Matthew H.   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

April 07, 2025       at   Brownsville, Texas
Date                            City/State

Ignacio Torteya III    U.S. Magistrate Judge
Name of Judge          Title of Judge

Signature of Judge